NO. 07-02-0326-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E



OCTOBER 3, 2002



______________________________




MICHAEL LEE GONZALES, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE




_________________________________



FROM THE 242ND DISTRICT COURT OF HALE COUNTY;



NO. B12954-9804; HONORABLE ED SELF, JUDGE



_______________________________



Before REAVIS and JOHNSON, JJ., and Boyd, S.J. (1)

 Appellant Michael Lee Gonzales filed a Motion to Dismiss Appeal on September 30,
2002, averring that he no longer wishes to prosecute his appeal. The Motion to Dismiss
is signed by both appellant and his attorney. 

 Without passing on the merits of the case, appellant's motion for voluntary dismissal
is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. Having dismissed 


the appeal at appellant's personal request, no motion for rehearing will be entertained and
our mandate will issue forthwith. 



 Phil Johnson

 Justice
































Do not publish.
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by
assignment.